# TERRITORY OF MICHIGAN
### v.
# ROBERT ABBOTT

1809

### JOURNAL ENTRIES

1. Plea; evidence in mitigation heard . . . . *Journal, infra,* \*p. 236
2. Judgment . . . . . . . . . . . . . . " 237
3. Petition in mitigation filed . . . . . . . . " 241
4. Fine reduced . . . . . . . . . . . . " 245

### PAPERS IN FILE
[None]

# TERRITORY OF MICHIGAN
### v.
# ROBERT ABBOTT

1809

### JOURNAL ENTRIES

1. Plea; evidence in mitigation heard . . . . *Journal, infra,* \*p. 236
2. Judgment . . . . . . . . . . . . . . " 237
3. Petition in mitigation filed . . . . . . . . " 241
4. Fine reduced . . . . . . . . . . . . " 246

### PAPERS IN FILE
[None]